MARY SPRINGSTEEL, as Administratrix, etc., of MARY RITA SPRINGSTEEL, Deceased, v. CARROLL S. SMITH, Defendant, Impleaded with DE LA VERGNE MACHINE COMPANY.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE GREY ADVERTISING SERVICE, INC., v. YBRY, INC.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

TRIDENT INN HOTEL CORPORATION v. SYDNEY GROSSMAN.— Motion to dismiss appeal denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLIAM REGENDANZ v. CHARLES E. W. SCHELLING and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before September 15, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PHILIP MINER v. MAX REINHARDT.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the proposed case on appeal to be served on or before August 15, 1931. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

WILLIAM COHN and Another v. CITY STORES COMPANY and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLIAM COHN and Another v. CITY STORES COMPANY and Another.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DAVID WARSHAWSKY v. DOUGLAS L. WARD and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before July 15, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of ANNA ADINOLFI against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of HYMAN HOMER & SONS, INC., against J. G. WILLIAM GREEFF, as Commissioner of the Department of Sanitation of the City of New York.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of SUSANNA EMANUEL v. SAMUEL DAVIS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

YETTA NEWMAN and Another v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. F. N. WOOLWORTH, INC.— Motion to dismiss appeal granted unless appellant procure the record on appeal to be filed on or before July 1, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN A. STUM and Others v. RAY H. ARNOLD.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.